# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR BEOOL,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES MARSHAL,<br><br>        Respondent. | 1:09-CV-00513 GSA HC<br><br>ORDER SEALING PETITION |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    Local Rule 39-138(b) allows the Court to seal documents upon written order of a Judge or Magistrate Judge. Generally, the content of such documents are of a nature that require the Court to maintain the confidentiality of the document. For example, the contents may reveal information that may jeopardize the safety of particular individuals.

    In this case, there is sensitive information contained within the petition that may jeopardize Petitioner's safety. Therefore, IT IS HEREBY ORDERED that the petition for writ of habeas corpus be SEALED.

   IT IS SO ORDERED.

    Dated: **March 24, 2009**         **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE