# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR BEOOL,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES MARSHAL,<br><br>    Respondent. | 1:09-CV-00513 GSA HC<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**DISCUSSION**

Petitioner is currently in the custody of the United States Bureau of Prisons serving a sentence of fifty (50) months following is conviction on September 25, 2006, for conspiracy to manufacture a controlled substance and distribution of a listed chemical in violation of 21 U.S.C. §§ 841(A)(1), (C)(2), and 846.

On November 14, 2008, Petitioner filed the instant petition for writ of habeas corpus in the United States District Court for the Central District of California. The petition was then transferred to this Court. In his petition, Petitioner states that his cooperation with government agents in seeking information from a terrorist suspect has compromised his personal safety. He states he has been placed in protective custody and transferred to a different prison for his own safety. By this petition,

he seeks placement in the witness protection program.

Writ of habeas corpus relief extends to a person in custody under the authority of the United States. See 28 U.S.C. § 2241. Writ of habeas corpus relief is available if a federal prisoner can show he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). In this case, Petitioner is not challenging the execution of his sentence. Rather, he is asking to be placed in a government protection program once his sentence is completed. Such a request is not properly brought in a habeas action. See Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir.2000) (*per curiam*). Petitioner is not entitled to habeas corpus relief, and this petition must be dismissed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED; and

2) The Clerk of Court is DIRECTED to enter judgment and close the case.

IT IS SO ORDERED.

Dated: **April 14, 2009**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE